CHIEF U.S. MAGISTRATE JUDGE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| YVONNE BOYD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Civil No. 3:19-cv-05186-BAT<br><br><br>ORDER OF REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will instruct the Administrative Law Judge to further evaluate Plaintiff's mental impairments; obtain updated evidence from a consultative examiner or a medical expert regarding Plaintiff's impairments;

Page 1　ORDER OF REMAND [3:19-cv-05186-BAT]

Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075
Telephone: (206) 615-3858

further evaluate her symptom allegations; offer Plaintiff the opportunity for a new hearing; and issue a new decision.

Upon proper application, the Court will consider whether reasonable attorney fees should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 19th day of August, 2019.

						BRIAN A. TSUCHIDA
						Chief United States Magistrate Judge

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3858
Fax: (206) 615-2531
lisa.goldoftas@ssa.gov