IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| YVONNE BOYD,<br>　　　Plaintiff,<br><br>　　　v.<br><br>Commissioner of the Social Security<br>Administration,<br><br>　　　Defendant. | Civil No. 3:19-CV-5186-BAT<br><br><br>[proposed] ORDER |

After considering the filings of the parties regarding this issue, it is hereby ORDERED that

attorney fees in the amount of $6,781.93 shall be awarded to Plaintiff pursuant to 28 U.S.C. §

2412(d) (EAJA), subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the EAJA fees are not subject to an offset as described in *Ratliff,* the check for EAJA

fees shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment

of this fee to his attorney.  The check for EAJA fees shall be mailed to Plaintiff's counsel at Dellert

Baird Law Offices, PLLC, 2805 Bridgeport Way W, #23, University Place, WA, 98466.

IT IS SO ORDERED.

Dated this 28th day of October, 2019.


_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

1

2
Presented by:

3
CHRISTOPHER H. DELLERT, WA #42453

4
Dellert Baird Law Offices, PLLC
2805 Bridgeport Way W, #23

5
University Place, WA 98466
Phone: (360) 329-6968

6
Fax: (360) 824-9371
Email: dellert.law.office@gmail.com

7
Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24